Nicholas J. Boos, Nevada Bar No. 16047
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, California 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Kathryn Roe Eldridge (pro hac vice)
keldridge@maynardnexsen.com
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
Telephone: (205) 254-1205
Facsimile: (205) 254-1999

*Attorneys for Defendant Principal Securities, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ROMERO,<br>Plaintiff,<br>vs.<br>PRINCIPAL SECURITIES, INC., a Delaware corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br>Defendants. | Case No. 2:26-cv-02036 - MDC<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING FINRA ARBITRATION** |

Plaintiff John Romero ("Plaintiff") and Defendant Principal Securities, Inc. ("PSI") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On November 4, 2026, Plaintiff filed his Amended Complaint against PSI and fictitious Doe and Roe Business Entity defendants. (ECF No. 24.)
2. On November 13, 2026, the Parties, by and through their counsel, agreed to submit all of Plaintiff's claims in this action to arbitration before the Financial Industry Regulatory Authority ("FINRA"), and to stay this action pursuant to Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, pending the outcome of that arbitration.
3. The Parties will file a joint status report within fourteen (14) days after the FINRA arbitration concludes, advising the Court of the outcome and of any further action required in this matter.
4. This stipulation is made in good faith and not for the purpose of delay.

Accordingly, the Parties jointly request that the Court stay this action in its entirety pending the submission and resolution of Plaintiff's claims in FINRA arbitration.

Dated this 18th day of November, 2026.

| LAW OFFICE OF DANIEL MARKS | MAYNARD NEXSEN PC |
|---|---|
| By: /s/ *Gemma Partlow*<br>DANIEL MARKS, ESQ.<br>Nevada State Bar No. 002003<br>GEMMA PARTLOW, ESQ.<br>Nevada State Bar No. 16954<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: /s/ *Kathryn Roe Eldridge*<br>KATHRYN ROE ELDRIDGE (pro hac vice)<br>1901 Sixth Avenue North, Suite 1700<br>Birmingham, Alabama 35203<br>NICHOLAS J. BOOS<br>Nevada Bar No. 16047<br>201 California Street, Suite 400<br>San Francisco, California 94111<br>*Attorneys for Defendant Principal Securities, Inc.* |

**ORDER**

Pursuant to the foregoing stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that this action is STAYED pursuant to 9 U.S.C. § 3 pending the resolution of Plaintiff's claims in FINRA arbitration. The Parties shall file a joint status report within fourteen (14) days after the conclusion of the FINRA arbitration.

IT IS SO ORDERED.

____________________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2026